# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| ANTHONY SMITH, Individually and on behalf of all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action No. 1:12-cv-00386 |
| | : | |
| X-RITE, INC., THOMAS J. VACCHIANO, JOHN E. UTLEY, GIDEON ARGOV, BRADLEY J. COPPENS, DAVID A. ECKERT, COLIN M. FARMER, DANIEL M. FRIEDBERG, L. PETER FRIEDER, MARK D. WEISHAAR, DANAHER CORPORATION, and TERMESSOS ACQUISITION CORP., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| SHANNON STORM, On Behalf of Herself and All Others Similarly Situated, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | Civil Action No. 1:12-cv-00414 |
| | : | |
| X-RITE, INC., THOMAS J. VACCHIANO, JOHN E. UTLEY, GIDEON ARGOV, BRADLEY J. COPPENS, DAVID A. ECKERT, COLIN M. FARMER, DANIEL M. FRIEDBERG, L. PETER FRIEDER, MARK D. WEISHAAR, DANAHER CORPORATION, and TERMESSOS ACQUISITION CORP., | : | |
| | : | |
| Defendants. | : | |

ORDER

Having considered the parties' Stipulation To Dismiss, and for good cause shown, the Court hereby orders that this case is dismissed with prejudice and without costs to any party.

IT IS SO ORDERED.


Dated:   November 29  , 2012          /s/ Robert Holmes Bell
                                     HONORABLE ROBERT HOLMES BELL
                                     United States District Judge